■ C.G.S. AD HOUSE, INC., et al., Appellants, v BERTHOLD H. HOENIGER et al., Respondents.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on or about April 6, 1988, unanimously affirmed for the reasons stated by Martin Stecher, J. Respondents shall recover of appellants one bill of $250 costs and disbursements of this appeal. Concur—Kupferman, J. P., Asch, Wallach, Smith and Rubin, JJ.

assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas, Rosenberger and Ellerin, JJ.